U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAY 19 PM 3:12

CLERK

BY_____ HBC
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| ROBERT MACKENZIE, | ) | 2:17-cr-57-1 |
| Defendant. | ) | |

## INFORMATION

The Acting United States Attorney charges:

On or about July 12, 2016, in the District of Vermont, the defendant, ROBERT

MACKENZIE, knowingly and intentionally possessed Oxycodone, a Schedule II

controlled substance.

(21 U.S.C. §§ 844 (a))

_____ (BAM)
EUGENIA A.P. COWLES
Acting United States Attorney

Burlington, Vermont
May 18, 2017